IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01307-GPG

WILLIAM A. GOOCH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

ORDER DISMISSING CASE

---

    Plaintiff William Gooch is a resident of Colorado Springs, Colorado. On May 25, 2022, he commenced this action by filing *pro se* a "Motion to File Criminal Charges." (ECF No. 1). On May 27, 2022, Magistrate Judge Gordon P. Gallagher issued an Order Directing Plaintiff to Cure Deficiencies (ECF No. 3), directing Plaintiff to file a Complaint on the current court-approved form and to either pay the filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) on the court-approved form. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure all of the deficiencies within thirty days.

    Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's May 27 order. Thus, the action will be dismissed without prejudice for failure to cure the deficiencies.

    The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438

(1962).   If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  7th  day of  July , 2022.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court