IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01307-LTB

WILLIAM A. GOOCH,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 7, 2022, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 7 day of July, 2022.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ S.J. Apodaca
                      Deputy Clerk